Filing # 133881010 E-Filed 09/01/2021 04:33:51 PM

## IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
## IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

IRENE SMITH,

    Plaintiff,

vs.   CASE NO.: 2021-CA-007121
      DIVISION: E

COSTCO WHOLESALE CORPORATION
d/b/a COSTCO WHOLESALE
and
ALAN PACK,

    Defendant.
_____/

## COMPLAINT

Plaintiff, IRENE SMITH, by and through the undersigned attorney, hereby sues Defendants, COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE and ALAN PACK, and alleges:

1. This is an action for damages which exceeds $30,000.00.

2. At all times material hereto, Defendant, COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE, was a Foreign Profit Corporation doing business in Pompano Beach, Broward County, Florida.

3. At all times material hereto, Defendant, ALAN PACK, was the manager of the COSTCO WHOLESALE located at 1800 W. Sample Road, in Pompano Beach, Broward County, Florida, and was a resident of Florida.

4. On or about December 9, 2019, Defendant, ALAN PACK, was the manager and responsible for the maintenance of the COSTCO WHOLESALE located at 1800 W. Sample Road, in Pompano Beach, Broward County, Florida.

5. On or about December 9, 2019, Defendant, COSTCO WHOLESALE CORPORATION, was the owner and responsible for the maintenance of the COSTCO WHOLESALE located at 1800 W. Sample Road, in Pompano Beach, Broward County, Florida.

6. At that time and place, Plaintiff, IRENE SMITH, was an invitee/customer

7. While shopping in the store, Plaintiff slipped on a liquid hazard, which caused her to fall to the ground in an awkward position.

8. That at all times pertinent to this action the Defendant, COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE, maintained offices in the State of Florida, and owned, operated, and/or controlled property located at 1800 W. Sample Road, in Pompano Beach, Broward County, Florida (the "premises").

## COUNT I
### (COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE)

19. Plaintiff, IRENE SMITH, realleges Paragraphs One (1) through Eight (8) above.

20. On or about December 9, 2019, the Plaintiff, IRENE SMITH, was properly and lawfully on the premises of Defendant, COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE, as a customer and business invitee of the premises.

21. That Defendant, COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE, owed a duty to the invitees, including Plaintiff, IRENE SMITH, to maintain, service, inspect, and keep the premises in a reasonably safe condition.

22. That as the owner of real property located in a business establishment open to the public, Defendant, COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE, has a responsibility to maintain, service, inspect and/or maintain the premises in a reasonably safe condition. The Defendant also had a responsibility to inspect its property, to correct any dangers thereon and to warn the Plaintiff, IRENE SMITH, of any dangerous conditions of its property or

the surrounding grounds, which it knew or should have known about and which could not have been discovered by the Plaintiff in the exercise of due care.

23. The negligent liquid hazardous condition was known to Defendant, COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE, and/or had existed for a sufficient length of time so that Defendant, COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE, should have known of it as the condition occurs in such regularity.

24. The hazardous liquid substance was on an aisle in the store.

25. The Defendant, COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE, knew or should have known the hazardous liquid substance was present on the floor.

26. Defendant, COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE, failed to take any action to prevent the condition including but not limited to maintaining dry floors in the area where Plaintiff fell.

27. The Defendant, COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE, breached the duties owed to the Plaintiff and was negligent by, but not limited to:

a.) Allowing a dangerous, hazardous and unsafe condition to exist on the premises in the form of a liquid substance on the floor, thus presenting an unreasonable danger to its patrons thereon the premises, such as Plaintiff, IRENE SMITH;

b.) Failing to keep the premises clear of any dangerous conditions;

c.) Failing to warn the Plaintiff, IRENE SMITH, either by posting signs, blocking off the area or otherwise, of the above condition of which it knew

or should have known by the exercise of reasonable care, in accordance with its responsibility to individuals such as the Plaintiff, IRENE SMITH;

d.) Failing to engage in a mode of business operation that would have facilitated the timely discovery and correction of the hazard described herein; and

e.) Failing to monitor the area where Plaintiff fell in a reasonably safe condition.

28. As a result of the aforesaid negligence, Plaintiff, IRENE SMITH, has suffered bodily injury and resulting pain and suffering, disability, disfigurement, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of ability to earn money, and/or aggravation of a previously existing condition. The losses are either permanent or continuing, and Plaintiff, IRENE SMITH, will suffer the losses in the future. Some or all of the injuries sustained are permanent within a reasonable degree of medical probability. Alternatively, and/or in addition, Plaintiff has significant and permanent loss of an important bodily function, and/or significant and permanent scarring or disfigurement.

**WHEREFORE**, Plaintiff, IRENE SMITH, demands judgment against Defendant, COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE for damages, costs, interest and such other relief as this Court deems just and proper. Further, Plaintiff demands trial by jury on all issues.

<u>**COUNT I**</u>
(ALAN PACK)

9. Plaintiff, IRENE SMITH, realleges Paragraphs One (1) through Eight (8) above.

10. At that time and place, Defendant, ALAN PACK, was the manager of the premises owned by Defendant, COSTCO WHOLESALE CORPORATION d/b/a COSTCO WHOLESALE.

11. That as the manager and operator of a business establishment open to the public, Defendant, ALAN PACK, has a responsibility to maintain or otherwise keep the grounds in and about its business premises in a reasonably safe condition, for the protection of its customers, business invitees and guests, such as Plaintiff, IRENE SMITH, so as to not cause harm or injury to any such individuals. The defendant also had a responsibility to inspect the premises, to correct any dangerous conditions on the premises which he knew or should have known about and which could not have been discovered by the Plaintiff in the exercise of due care.

12. That the Defendant, ALAN PACK, further owed a duty to the public in general and to the Plaintiff, IRENE SMITH, specifically, to keep the premises in a reasonably safe condition, or negligently failed to correct a dangerous condition about which Defendant, ALAN PACK, knew or should have known about.

13. The negligent condition was known to Defendant, ALAN PACK, had existed for a sufficient length of time so that Defendant, ALAN PACK, should have known of it, or the condition occurred with regularity and was therefore foreseeable.

14. The liquid substance was on an aisle in the store.

15. The condition occurred with such regularity that Defendant, ALAN PACK, knew or should have known that condition occurs.

16. Defendant, ALAN PACK, failed to take any action to prevent the condition including but not limited to maintaining dry floors in the area where Plaintiff fell.

17. Defendant, ALAN PACK, breached the duties owed to the Plaintiff and was negligent by, but not limited to:

   a.) Failing to properly inspect the aisles to keep them free from hazards or slippery substances;

   b.) Failing to properly supervise employees to ensure the aisles were kept free from hazards or slippery substances;

   c.) Failing to follow and/or enforce policies and procedures instituted by COSTCO WHOLESALE CORPORATION.

18. As a result of the aforesaid negligence, Plaintiff, IRENE SMITH, has suffered bodily injury and resulting pain and suffering, disability, disfigurement, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of ability to earn money, and/or aggravation of a previously existing condition. The losses are either permanent or continuing, and Plaintiff, IRENE SMITH, will suffer the losses in the future. Some or all of the injuries sustained are permanent within a reasonable degree of medical probability. Alternatively, and/or in addition, Plaintiff has significant and permanent loss of an important bodily function, and/or significant and permanent scarring or disfigurement.

**WHEREFORE**, Plaintiff, IRENE SMITH, demands judgment against Defendant, ALAN PACK, for damages, costs, interest and such other relief as this Court deems just and proper. Further, Plaintiff demands trial by jury on all issues.

Dated this 1st day of September, 2021.

### NOTICE OF PROVIDING
### E-MAIL ADDRESS FOR SERVICE OF PLEADINGS

PLEASE TAKE NOTICE that the undersigned, as counsel for Plaintiff, IRENE SMITH, in accordance with the amendments to Rule 2.516 of the Rules of Judicial Administration, effective

September 1, 2012, hereby files this Notice of Providing E-Mail Address for service of pleadings as follows:

**Primary e-mail address: eservice@burnetti.com**

### BURNETTI, P.A.

By: /s/*Philip J. Slotnick*
    Philip Judd Slotnick, Esq. (FLB 996246)
    211 South Florida Avenue
    Lakeland, FL 33801
    Ph: (863) 688-8288
    Fax: (863) 688-197
    eservice@burnetti.com
    ATTORNEY FOR PLAINTIFF